Alice W. McClelland, Respondent, v. The Mutual Life Insurance Com-

pany of New York, Appellant.—Judgment affirmed, with costs. See opinion of Foote, J., on former appeal in same case, reported at 151 Appellate Division, 264. All concurred; Merrell, J., not sitting.